# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00118-CV

### B. D., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

#### FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
#### NO. 19-0743, THE HONORABLE DAVID JUNKIN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on March 14, 2020. By request to this Court dated March 13, 2020, Carolyn Burklund requested an extension of time.

The Texas Rules of Appellate Procedure prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Carolyn Burklund is hereby ordered to file the reporter's record in this case on or before March 30, 2020. If the record is not filed by

that date, Burklund may be required to show cause why she should not be held in contempt of court.

It is ordered on March 19, 2020.

Before Chief Justice Rose, Justices Baker and Triana